FILED

04/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0583

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0583

_____

KAHANE THOMAS BEAVERS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 24, 2020, within which to prepare, serve, and file the State's response.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2020